# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
———
Silvia L. Serpe
Wendy E. Gerstmann
*Special Counsel*

Lisa Solomon
Mary Lou Chatterton
*Of Counsel*

Writer's E-mail
mberman@krantzberman.com

June 23, 2005

**BY ECF Electronic Transmission**

The Honorable Kiyo A. Matsumoto
United States Magistrate Judge
Eastern District New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *re: Burgie v. Euro Brokers, Inc. and Unum Insurance Company, 05 cv 0968*

Dear Judge Matsumoto:

  This firm represents defendant Euro Brokers, Inc. in the above referenced matter.

  By Order dated June 20, 2005, a copy of which is attached, your Honor scheduled a status conference to accommodate the letter request of Patrick Begos, counsel for Unum, who was not aware of the initial conference on June 14, 2005. Your Honor scheduled this additional conference for July 14, 2005 at 9:00 a.m. I am writing to request an adjournment of that conference as I will be in China from June 30, 2005 - July 17, 2005.

  I have conferred with Ms. Pollack and with Mr. Begos and both consent to rescheduling the status conference. I asked each to advise me of their availability during the week of July 18 or July 25. Mr. Begos responded that he was available any day other than July 21 or July 26. Ms. Pollack requested that the conference be scheduled for week of August 1. I am also available anytime during the week of August 1. There is a conference also scheduled for August 12, 2005 which was scheduled at the June 14 conference.

  Thank you for your consideration of this request.

       Respectfully submitted,

       Marjorie E. Berman

757 Third Avenue 25th Floor New York, New York 10017-2034 Telephone 212.661.0009 Fax 212.355.5009 www.krantzberman.com

cc:     Ruth Pollack, Esq.
        Patrick W. Begos, Esq.

*Cfp*
*Order attached w*
*7/14/05 conference*

**Marjorie Berman**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, June 20, 2005 4:07 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00968-CPS-KAM Burgie v. Euro Brokers, Inc. et al "Order" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Onozawa, Tomoko entered on 6/20/2005 at 4:07 PM EDT and filed on 6/20/2005

| **Case Name:** | Burgie v. Euro Brokers, Inc. et al |
|---|---|
| **Case Number:** | 1:05-cv-968 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
ORDER re [10] Letter from Patrick Begos, Esq. to Magistrate Judge Kiyo Matsumoto, dated 6/16/05. The Court orders as follows: (1) Due to defendant First Unum's representations in 6/16/05 letter and its filing of an answer [13] in this case, that part of the Court's order dated 6/16/05 directing plaintiff to move for default judgment against Unum by 6/24/05 is vacated. All other deadlines will remain in effect. (2) An in-person status conference before the undersigned magistrate judge is scheduled for Thursday, 7/14/05 at 9:00 a.m. To be considered, any request for an adjournment must be timely made in accordance with the undersigned's individual rules. Ordered by Judge Kiyo A. Matsumoto on 6/20/05. (Onozawa, Tomoko)

The following document(s) are associated with this transaction:

**1:05-cv-968 Notice will be electronically mailed to:**

Patrick W. Begos     pwb@begoshorgan.com,

Marjorie E. Berman    mberman@krantzberman.com

Christopher Gerard Brown    cgb@begoshorgan.com,

Ruth M. Pollack    ruthmpollackesq@verizon.net, lynnkotleresq@verizon.net

**1:05-cv-968 Notice will not be electronically mailed to:**

Nicole E. Allen
Begos & Hogan LLP.
7 Pondfield Road
Bronxville, NY 10-708

6/23/2005